IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON (EUGENE)

| | |
|---|---|
| National Center for Conservation Science and Policy,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>U. S. Forest Service,<br>　　　　　Defendant. | Civ. No. 01-CV-3056-HO |

ORDER [PROPOSED]

The Court considered Defendant's Unopposed Motion to Dismiss Claims related to the Silver Fork Timber Sale and the basis therefore. The motion is GRANTED. All claims related to the Silver Fork Timber Sale are dismissed with prejudice.

IT IS SO ORDERED.

Dated: 18 Sept., 2007

_____
MICHAEL R. HOGAN, U.S. DISTRICT JUDGE